■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTONIO WARREN, Appellant. [837 NYS2d 583]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 7, 2006 (*People v Warren*, 27 AD3d 496 [2006]), affirming two judgments of the County Court, Suffolk County, both rendered October 28, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Miller, J.P., Schmidt, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD WINSLOW, Appellant. [837 NYS2d 583]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 29, 1995 (*People v Winslow*, 213 AD2d 435 [1995]), affirming a judgment of the Supreme Court, Queens County, rendered February 22, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]) Prudenti, P.J., Miller, Schmidt and Crane, JJ., concur.